IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No: 4:21-cr-00009 |
| | : | |
| BRANDON JONES, | : | |
| | : | |
| Defendant | : | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **BRANDON JONES**, has moved the court to continue sentencing hearing has been considered by the Court, and it being in the interests of justice to grant same;

WHEREFORE, this Court grants the Defendant's Motion to Continue Sentencing Hearing (Doc. 42), and the Defendant shall file any objections or response to the PSR by May 17, 2022. This Court sets a new Sentencing date for May 24th.

It is SO ORDERED, this 6th day of May, 2022.

S/Clay D. Land
HONORABLE
CLAY D. LAND
UNITED STATES DISTRICT JUDGE